UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-20190-CR-BLOOM

UNITED STATES OF AMERICA

vs.

JESSICA PALACIO,

        **Defendant.**

_____/

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses without prejudice Count 1 against the above-named defendant, and Count 2 in its entirety, because she has declined to waive indictment and proceed by information.

On August 11, 2020, Chief Judge K. Michael Moore issued a Sixth Order Concerning Jury Trials and Other Proceedings. *See* https://web.flsd.uscourts.gov/uploads/adminOrders/2020/2020-53.pdf. That order continued all grand jury sessions until January 4, 2020. *Id.*, ¶ 14. Given the suspension of grand juries and the inability of the United States to present criminal matters for indictment until at least January 4, as well as concerns about the running of the statute of limitations on certain substantive counts in this particular case, the government filed the instant information to "institute" it within the meaning of 18 U.S.C. § 3282(a). *See United States v. Burdix-Dana*, 149 F.3d 741, 743 (7th Cir. 1998). Palacio has represented to the government, through counsel, that she will not consent to proceed by information. Therefore, the government seeks to dismiss the information as to her at this time and will later, once the grand juries return to regular session, seek an indictment. *See* 18 U.S.C.

§§ 3288-89. The government has conferred with counsel for Palacio, Andrew S. Feldman, who has indicated that he opposes this order of dismissal. He has filed a motion to dismiss for lack of subject matter jurisdiction on behalf of Palacio, which the United States opposes.

Respectfully submitted,

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Leave of Court is **GRANTED** for the filing of the foregoing Dismissal without prejudice.

Date: September 11, 2020

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

cc: U.S. Attorney (Clint Narver, Joshua D. Rothman, Jocelyn C. Hines, Trial Attorneys, U.S. Department of Justice, Consumer Protection Branch)
U.S. Marshal
Chief Probation Officer
Pretrial Services
Andrew S. Feldman, attorney for Jessica Palacio